# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# ASHLAND

Civil Action No. 04-cv-209-HRW

**RALPH D. SEXTON**,

                                                  **PLAINTIFF,**

v.                        **JUDGMENT**

**JO ANNE B. BARNHART**
**COMMISSIONER OF SOCIAL SECURITY,**         **DEFENDANT.**

In conformity with the Memorandum Opinion and Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

    A.    pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;

    B.    the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby;

    C.    this action is **STRICKEN** from the active docket of the Court.

This June 30, 2005.



Signed By:
*Henry R Wilhoit Jr.*
United States District Judge